## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ELIZABETH EVANS, | : No. 56 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (CITY OF NEW CASTLE), | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.